

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 28, 2021

**BY E-MAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Cameron Thornton*, 21 Cr. 787

Dear Judge Swain:

As directed by the Court, the parties write to request that an initial pretrial conference in the above-reference matter be scheduled for January 12, 2022, at 12:00 p.m. Arraignment is scheduled to take place before the duty magistrate judge during the week of January 3, 2022.

The Government also respectfully requests that the time between today and January 12, 2022, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to prepare and produce discovery, the defendant time to review such discovery, and the parties an opportunity to discuss the possibility of pretrial resolution of this case. Defense counsel consents to this request.

The foregoing requests are granted. The initial pretrial conference is hereby scheduled in this action for January 12, 2022, at 12:00pm. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through January 12, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Dkt. no. 7 resolved. SO ORDERED /s/ Laura Taylor Swain, Chief USDJ, 12/28/2021

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448