UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                          No. 21-CR-787-LTS

CAMERON THORNTON,                                        ORDER

        Defendant.

-------------------------------------------------------x

        The initial pretrial conference in this case is scheduled to proceed on **January 12, 2022**, at **3:30pm**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain_____
       January 7, 2022                                LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge