UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                   No. 21-CR-787-LTS

CAMERON THORNTON,                                                        ORDER

       Defendant.

-------------------------------------------------------x

       Should defense counsel plan to file an application with respect to the issue of bail, to be discussed at the initial pretrial conference in this action on February 4, 2022, at 2:00pm, defense counsel is hereby directed to file such application by **12:00p.m.** on **February 2, 2022**. The Government is hereby directed to file any response to such application by **12:00p.m.** on **February 3, 2022**. Defense counsel is also directed to order a copy of the transcript of the bail appeal hearing that took place in this action on December 14, 2021, before Judge Furman and provide a copy to the Court with any submitted bail application.

       SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
       January 31, 2022                          LAURA TAYLOR SWAIN
                                                                  Chief United States District Judge