UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                               No. 21-CR-787-LTS

CAMERON THORNTON,                             ORDER

       Defendant.

-------------------------------------------------------x

       The pretrial conference in this case, originally scheduled for March 11, 2022, at 11:30 a.m. is cancelled and a change of plea is hereby scheduled to proceed on **March 11, 2022**, at **12:00pm**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York               /s/ Laura Taylor Swain
       March 4, 2022                       LAURA TAYLOR SWAIN
                                             Chief United States District Judge