UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                       No.  21-CR-787-LTS

CAMERON THORNTON,                                                 ORDER

        Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case, originally scheduled for April 26, 2022, at 11:00 a.m. is hereby scheduled to proceed on **May 13, 2022**, at **11:00 a.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       March 16, 2022                          LAURA TAYLOR SWAIN
                                                Chief United States District Judge