**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 29, 2022

**BY ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pear Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Cameron Thornton,
21 Cr. 787 (LTS)**

Dear Judge Swain:

    I write with the consent of the government to request that the Court extend the deadline for Mr. Thornton's defense sentencing submission from today to Monday, May 2. This modest requested extension has become necessary in light of legal-mail delays affecting Mr. Thornton's receipt of the PSR at Essex County Jail and complications for counsel occasioned by a daycare quarantine. We need no change of the May 13, 2022 sentencing date.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Margaret Lynaugh

The foregoing request is granted. Dkt. no. 25 resolved.
SO ORDERED.
4/29/2022
/s/ Laura Taylor Swain, Chief USDJ