**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 10, 2022

**BY ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pear Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Cameron Thornton,
        21 Cr. 787 (LTS)**

Dear Judge Swain:

     I write to request that Mr. Thornton's sentencing be rescheduled from Friday May 13 at 11:00 a.m. to Tuesday, June 7, at 10:00 a.m. I make this request because I recently tested positive for COVID-19 and will not be able to appear for sentencing this Friday. I understand that both the Court and the government have availability at the requested date and time.

                                           Respectfully submitted,

                                           /s/
                                           Clay H. Kaminsky
                                           Assistant Federal Defender
                                           (212) 417-8749

cc:   AUSA Margaret Lynaugh

The foregoing adjournment request is granted. The sentencing hearing in this action is hereby rescheduled for June 7, 2022, at 10:00a.m. The Court wishes defense counsel a speedy recovery. Dkt. no. 29 resolved.
SO ORDERED.
5/11/2022
/s/ Laura Taylor Swain, Chief USDJ