UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                            No. 21-CR-787-LTS

CAMERON THORNTON                                     ORDER

        Defendant.

-------------------------------------------------------x

        The parties in this action are directed to meet and confer immediately and file a joint letter by **1:00p.m.** on **June 2, 2022**, setting forth their positions as to whether an evidentiary Fatico hearing will be necessary in connection with the upcoming sentencing, and if so, how much time should be set aside for the hearing and sentencing proceeding, how many witnesses, if any, are expected to be called, and what audiovisual equipment, if any, will be required.

        SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain_____
      June 1, 2022                                 LAURA TAYLOR SWAIN
                                                    Chief United States District Judge