UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

      -v-　　　　　　　　　　　　　　　　　　　　　　　No. 21 cr 787 (LTS)

CAMERON THORNTON

                 Defendant.

------------------------------------------------------------x

## ORDER

    ORDERED that pursuant to the sentence of time served imposed today, the defendant Cameron Thornton is discharged from the custody of the U.S. Marshals Service.

    SO ORDERED.

Dated: New York, New York
       June 7, 2022

                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge